# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC., a/s/o VILLAGE AT CAMELBACK PROPERTY OWNER ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> QUEENSBORO FLOORING CORP., <br><br> Defendants. | CIVIL ACTION NO. 3:10-CV-1559 <br><br> (MEHALCHICK, M.J.) |

# ORDER

**AND NOW**, this 15th day of April, 2014, for the reasons stated in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The Plaintiffs' motions for Rule 37 sanctions (Doc. 129; Doc. 130) are **DENIED WITHOUT PREJUDICE**;

2. The Defendants' motions for Rule 11 sanctions (Doc. 131; Doc. 136) are **DENIED WITHOUT PREJUDICE**;

3. The parties shall bear their own costs in connection with these motions;

4. The parties shall meet and confer immediately, either in person or by telephone, in a good faith effort to resolve by agreement the issues raised in these motions;

5. If the parties are unable to fully resolve their differences and desire to file renewed discovery motions, they shall advise the Court by telephone immediately after filing the motion(s); and

- 2 -

6. Promptly after receipt of this Order and prior to filing any further documents in this case, counsel of record shall each review Local Rule 5.1 and Local Rules 7.1 through 7.8. All future filings shall comply with these Local Rules.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**