**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC., a/s/o VILLAGE AT CAMELBACK PROPERTY OWNER ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> QUEENSBORO FLOORING CORP., <br><br> Defendants. | CIVIL ACTION NO. 3:10-CV-1559 <br><br> (MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 20th day of August, 2014, the Court having been requested by the parties to review certain documents *in camera* and resolve the Defendants' objections to production of said documents on attorney-client privilege and work-product protection grounds (Doc. 177), it is hereby **ORDERED** that:

1. Defendants' objections are **SUSTAINED** with respect to Documents Nos. 2, 6, 9, 10, 11, 13, 14, 20, 25, 30, 31, 33, 34, 40, 42, 41 and 43.

2. Defendants' objections are **OVERRULED** with respect to Documents Nos. 1, 3, 5, 7, 8, 12, 15, 16, 17, 21, 24, 29, 39 and 44; and

3. Within **fourteen (14) days** of the date of this Order, Defendants shall produce to the Plaintiffs copies of all materials as to which objections have been overruled.

**Dated: August 20, 2014**                                                                                          *s/ Karoline Mehalchick*
                                                                                                                                    **KAROLINE MEHALCHICK**
                                                                                                                                    **United States Magistrate Judge**