# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC., a/s/o VILLAGE AT CAMELBACK PROPERTY OWNER ASSOCIATION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>QUEENSBORO FLOORING CORP., et al.,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 3:10-CV-01559<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 7th day of April, 2016, upon consideration of Defendants the Village at Camelback Property Owners Association, Inc., and its property manager, Kathleen Simoncic's motion for leave to file a third-party complaint against Dmitry Epelboym, **IT IS HEREBY ORDERED** that, for the reasons set forth in the Memorandum filed concurrently with this Order, the motion is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**